988

No. 11–1102. MERLAN v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 11–1103. BARRERA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–1104. DOAL v. DEPARTMENT OF DEFENSE ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1105. CILMAN v. REEVES ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–1107. POKU v. HIMELMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–1109. GRACZYK ET AL. v. WEST PUBLISHING CORP. C. A. 7th Cir. Certiorari denied.

No. 11–1112. ZIMMERMAN v. FLAGSTAR BANCORP. C. A. Fed. Cir. Certiorari denied.

No. 11–1113. JUN DU v. TD BANK ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–1117. SCHNELLER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SCHNELLER v. MERCK & CO., INC. C. A. 5th Cir. Certiorari denied.

No. 11–1120. MEDEVAC MEDICAL RESPONSE, INC., ET AL. v. KIPPER ET AL. Sup. Ct. Mo. Certiorari denied.

No. 11–1121. SUTTON v. OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 11–1122. FERNANDO v. SAPUKOTANA, SURVIVING SPOUSE OF SAPUKOTANA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1124. D'ANDREA v. HAWAII ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1126. FLINT v. RUSSELL, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY. C. A. 6th Cir. Certiorari denied.